IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY LEE JACKS,

      Petitioner,                  No. CIV S-07-2352 MCE JFM P

   vs.

WARDEN J. WALKER, et al.,

      Respondents.           <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

/////

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
jack2352.100f

2